# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00059-CV

## In re B. K.

## ORIGINAL PROCEEDING FROM HAYS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator's petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).

_____

Edward Smith, Justice

Before Chief Justice Byrne and Justices Baker and Smith

Filed:  June 11, 2021